IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MAESHACK,

    Plaintiff,                      No. CIV S-05-2599 LKK DAD P

    vs.

AVENAL STATE PRISON, et al.,

    Defendants.              ORDER

                            /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        At the present time, plaintiff is confined at Sierra Conservation Center in Tuolumne County. In his civil rights complaint, plaintiff alleges violations of his civil rights by defendants Harbinson, Smith, and Grazier, who are or were employed at Avenal State Prison in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). Accordingly, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number to be assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: January 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
maes2599.22