IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AVENAL STATE PRISON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-00011 GSA (PC)<br><br>ORDER GRANTING DEFENDANT HARBINSON'S MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT<br><br>(Doc. 31)<br><br>MAY 6, 2009 DEADLINE |

　　On April 6, 2009, defendant Harbinson filed a motion to extend time to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Defendant Harbinson is granted an extension of time <u>until May 6, 2009</u> in which to file a response to plaintiff's amended complaint of March 16, 2007.

　　IT IS SO ORDERED.

　　**Dated:　April 9, 2009**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE