IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011 GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING |
| vs. | |
| AVENAL STATE PRISON, et al., | (DOCUMENT #34) |
| Defendants. | DEADLINE: MAY 6, 2009 |

On April 15, 2009, Defendant McIntyre filed a motion to extend time to file a responsive pleading in this matter. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant McIntyre's motion for an extension of time is GRANTED; and
2. Defendant McIntyre shall file a responsive pleading in this matter on or before May 6, 2009.

IT IS SO ORDERED.

Dated:　April 23, 2009　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE