# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011-AWI-GSA-PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY DEFENDANT SWEETLAND SHOULD NOT BE DISMISSED FROM THIS ACTION |
| v. | |
| AVENAL STATE PRISON, et al., | RESPONSE FROM PLAINTIFF DUE IN THIRTY DAYS |
| Defendants. | |

Robert Maeshack ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 22, 2005. (Doc. 1.) The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and issued an order on February 20, 2007, requiring plaintiff to either file an amended complaint or notify the court he wishes to proceed on the claims found cognizable by the court in the complaint. (Doc. 15.) On March 16, 2007, plaintiff filed an amended complaint. (Doc. 17.) The court screened the amended complaint and issued an order on November 21, 2008, requiring plaintiff to either file a second amended complaint or notify the court he wishes to proceed on the claims found cognizable by the court in the first amended complaint. (Doc. 21.) On December 15, 2008, plaintiff notified the court that he wishes to proceed only on the claims found cognizable by the court in the first amended complaint. (Doc. 22.) This action now proceeds on

the first amended complaint against defendants McIntyre, Weed, Sweetland, and Harbinson ("Defendants").

     On January 13, 2009, the court forwarded documents to plaintiff with instructions to complete and return them to the court for service of process on the Defendants. (Doc. 26.) On January 27, 2009, plaintiff returned the completed documents, and the court ordered the United States Marshal to initiate service of process upon Defendants. (Docs. 27, 28.)

     On April 28, 2009, defendant Weed filed a motion to dismiss. (Doc. 36.) On May 6, 2009, defendants McIntyre and Harbinson filed a motion to dismiss. (Doc. 38.) On June 12, 2009, the United States Marshal filed a return of service unexecuted as to defendant Sweetland, with a notation that personal service was attempted at the Sierra Conservation Center on May 21, 2009, and the Marshal was told that Dr. Sweetland does not work there anymore and did not leave a forwarding address. (Doc. 48.)   Therefore, plaintiff shall be ordered to show cause why defendant Sweetland should not be dismissed from this action for failure to successfully complete service of process.  Within thirty days, plaintiff shall file a written response with the court explaining why defendant Sweetland should not be dismissed.  In the alternative, plaintiff may file a non-opposition to the dismissal of defendant Sweetland.

     Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff shall file a written response showing cause why defendant Sweetland should not be dismissed from this action for failure to successfully complete service of process;
2. In the alternative, plaintiff may file a written non-opposition to the dismissal of defendant Sweetland; and
3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   June 18, 2009                           /s/ Gary S. Austin
                                                                             UNITED STATES MAGISTRATE JUDGE