IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 58.) |
| AVENAL STATE PRISON, et al., | ORDER GRANTING DEFENDANT WEED'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, BASED ON RES JUDICATA (Doc. 36.) |
| Defendants. | ORDER DISMISSING DEFENDANT WEED FROM THIS ACTION |

Robert Maeshack ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 21, 2010, findings and recommendations were entered, recommending that Defendant Weed's motion to dismiss of April 28, 2009 be granted, and defendant Weed be dismissed from this action for plaintiff's failure to state a claim against him, based on the doctrine of res judicata. (Doc. 58.) On February 18, 2010, plaintiff filed objections to the findings and recommendations. (Doc. 61.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis. While the court is not without sympathy to Plaintiff's medical problems, the court cannot revisit allegations that have already been fully adjudicated in another action.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 21, 2010, are adopted in full;
2. Defendant Weed's motion to dismiss, filed April 28, 2009, is GRANTED;
3. Defendant Weed is dismissed from this action for plaintiff's failure to state any claim against him, based on the doctrine of res judicata; and
4. The Clerk is directed to reflect the dismissal of defendant Weed from this action on the court's docket.

IT IS SO ORDERED.

Dated: **March 9, 2010**  /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE