IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 58.) |
| vs. | |
| AVENAL STATE PRISON, et al., | ORDER GRANTING DEFENDANTS HARBINSON AND MCINTYRE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, BASED ON RES JUDICATA   (Doc. 38.) |
| | ORDER DISMISSING DEFENDANTS HARBINSON AND MCINTYRE FROM THIS ACTION |
| Defendants. | |

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 25, 2010, findings and recommendations were entered, recommending that Defendants Harbinson and McIntyre's motion to dismiss of May 6, 2009 be granted, and Defendants Harbinson and McIntyre be dismissed from this action for Plaintiff's failure to state a claim against him, based on the doctrine of res judicata.   On February 18, 2010, Plaintiff filed objections to the findings and recommendations.  (Doc. 61.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.   While the court is not without sympathy to Plaintiff's medical problems, the court cannot revisit allegations that have already been fully adjudicated in another action.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 25, 2010, are adopted in full;
2. Defendants Harbinson and McIntyre's motion to dismiss, filed May 6, 2009, is GRANTED;
3. Defendants Harbinson and McIntyre are dismissed from this action for Plaintiff's failure to state any claim against them, based on the doctrine of res judicata; and
4. The Clerk of the Court is directed to reflect the dismissal of Defendants Harbinson and McIntyre from this action on the court's docket.

IT IS SO ORDERED.

**Dated:   March 9, 2010**                    /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE