# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011-AWI-GSA-PC |
| Plaintiff, | |
| v. | ORDER VACATING MOTION TO DISMISS FROM COURT'S CALENDAR |
| AVENAL STATE PRISON, et al., | (Doc. 84.) |
| Defendants. | |

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 4, 2011, the Court entered Findings and Recommendations, recommending that Defendants' motion to dismiss, filed on January 6, 2011, be granted in part and denied in part, with leave to amend.  (Doc. 91.)  Plaintiff was allowed thirty days in which to file objections to the Findings and Recommendations.  Id.  On August 29, 2011, Plaintiff filed a motion for a forty-five-day extension of time to file objections, and on September 9, 2011, the Court granted Plaintiff a forty-five-day extension of time.  (Docs. 92, 93.)  In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion to dismiss is HEREBY DEEMED VACATED from the Court's calendar until such time as Plaintiff's extension of time to file objections has expired.

IT IS SO ORDERED.

Dated:    September 27, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE