# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS PREMATURE |
| v. | (Doc. 107.) |
| AVENAL STATE PRISON, et al., | ORDER DENYING MOTION TO ADD EXHIBITS AS MOOT |
| Defendants. | (Doc. 109.) |

_____/

## I.    RELEVANT PROCEDURAL HISTORY

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 22, 2005.  (Doc. 1.)  On March 16, 2007, Plaintiff filed the First Amended Complaint.  (Doc. 17.)

On December 27, 2011, the Court dismissed the First Amended Complaint for failure to state a claim, with leave to amend.  (Doc. 106.)  On January 5, 2012, Plaintiff filed a motion for summary judgment.  (Doc. 107.)  On January 11, 2012, Plaintiff filed the Second Amended Complaint.  (Doc. 108.) On January 19, 2012, Plaintiff filed a motion to add exhibits to the motion for summary judgment. (Doc. 109.)

## II.   PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff's motion for summary judgment, filed on January 5, 2012, is premature because it was filed after the First Amended Complaint was dismissed, but before the Second Amended Complaint was

1

filed.  Thus, at the time Plaintiff filed the motion for summary judgment, there was no pleading on file which set forth any claims upon which to base summary judgment.  Therefore, Plaintiff's motion for summary judgment shall be denied as premature, without prejudice to renewal of the motion at a later stage of the proceedings  In light of this ruling, Plaintiff's motion to add exhibits to the motion for summary judgment shall be denied as moot.[1]

**III.    CONCLUSION**

  Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for summary judgment, filed on January 5, 2012, is DENIED as premature, without prejudice; and

2.  Plaintiff's motion to add exhibits to the motion for summary judgment, filed on January 19, 2012, is DENIED as moot.


 IT IS SO ORDERED.

**Dated:    February 10, 2012**     **/s/ Gary S. Austin**
             UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that under Local Rule 220, Plaintiff may not add information or exhibits piecemeal to a pleading after the pleading has been filed.  In the event that Plaintiff brings a motion with exhibits in the future, he should attach the exhibits to the motion and file them together at the same time.