1

2

3

4

5

6                               **UNITED STATES DISTRICT COURT**

7                                   EASTERN DISTRICT OF CALIFORNIA

8

9   ROBERT MAESHACK,                         1:06-cv-00011-AWI-GSA-PC

10          Plaintiff,                        ORDER RESOLVING REQUEST FOR
                                              CLARIFICATION
11      v.                                    (Doc. 112.)

12   AVENAL STATE PRISON, et al.,             ORDER FOR DEFENDANT SWEETLAND TO FILE
                                              RESPONSE TO SECOND AMENDED COMPLAINT
13          Defendants.                       WITHIN THIRTY DAYS

14   _____/

15   **I.       BACKGROUND**

16          Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

17   pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action at the United States

18   District Court for the Eastern District of California, Sacramento Division, on December 22, 2005. (Doc.

19   1.)  On January 5, 2006, the case was transferred to the Fresno Division of the Eastern District of

20   California. (Doc. 5.)

21          The Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915 and entered an order on

22   February 20, 2007, dismissing the Complaint for failure to state a claim, with leave to amend.   (Doc.

23   15.) On March 16, 2007, Plaintiff filed the First Amended Complaint.  (Doc. 17.)  The Court screened

24   the First Amended Complaint and entered an order on November 1, 2008, requiring Plaintiff to either

25   file a Second Amended Complaint or notify the Court of his willingness to proceed with the First

26   Amended Complaint on the cognizable claims found by the Court. (Doc. 21.)  On December 15, 2008,

27   Plaintiff notified the Court of his willingness to proceed with the First Amended Complaint on the

28                                                  1

cognizable claims.  (Doc. 22.)  On January 27, 2009, the Court directed the United States Marshal to serve process upon defendants.  (Doc. 26.)

On January 6, 2011, defendant Sweetland filed a motion to dismiss the First Amended Complaint, and on December 27, 2011, the Court granted the motion in part, dismissing the First Amended Complain with leave to amend.  (Docs. 84, 106.)  On January 11, 2012, Plaintiff filed the Second Amended Complaint against only one defendant, Dr. Sweetland ("Defendant").  (Doc. 108.)

**II.     REQUEST FOR CLARIFICATION**

On February 9, 2012, Defendant filed a request for clarification of the Court's order of December 27, 2011.  (Doc. 112.)  Defendant questions whether the Court intends to screen the Second Amended Complaint under 28 U.S.C. §1915A or 28 U.S.C. §1915(e)(2)(B) before Defendant has an obligation to respond to the complaint.

The Court conducted the requisite screening of the complaint in this action, pursuant to 28 U.S.C. § 1915A(a), before directing the United States Marshal to serve process on January 27, 2009.   At this stage of the proceedings, Defendant is obligated to respond to the Second Amended Complaint and shall be granted thirty days in which to file a response.

**III.    CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1.       Within thirty days of the date of service of this order, Defendant Sweetland shall file a response to the Second Amended Complaint filed by Plaintiff on January 11, 2012; and

2.       This order resolves Defendant Sweetland's request for clarification filed on February 9, 2012.

IT IS SO ORDERED.

Dated:   **February 10, 2012**                     **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE

2