# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION AS MOOT |
| v, | (Doc. 115.) |
| AVENAL STATE PRISON, et al., | |
| Defendants. | |

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 22, 2005. (Doc. 1.) On March 16, 2007, Plaintiff filed the First Amended Complaint. (Doc. 17.)

On February 15, 2012, Plaintiff filed a motion entitled "Motion: to Consolidate This Motion With Attached Documents With Motion for Summary Judgment Filed Jan. 05, 2012. And with Motion to Consolidate also filed Jan 19, 2012 Making all Document one Package." (Doc. 115.) In the motion, Plaintiff requests leave to "consolidate" the present motion with his prior Motion to Consolidate filed on January 19, 2012, and leave to add exhibits to the motion for summary judgment he filed on January 5, 2012.

On February 10, 2012, the Court entered an order denying Plaintiff's January 12, 2012 motion for summary judgment as premature, and denying Plaintiff's prior Motion to Consolidate. (Doc. 113.) Therefore, Plaintiff's present motion is moot and shall be denied as such.

Accordingly, Plaintiff's motion, filed on February 15, 2012, is DENIED as moot.

IT IS SO ORDERED.

Dated:    February 16, 2012          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE