1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT MAESHACK,                    1:06-cv-00011-AWI-GSA-PC

12          Plaintiff,                   ORDER ADOPTING FINDINGS
                                         AND RECOMMENDATIONS
13      vs.                              (Doc. 120.)

14   AVENAL STATE PRISON, et al.,        ORDER DENYING PLAINTIFF'S
                                         MOTION FOR PRELIMINARY
15          Defendants.                  INJUNCTIVE RELIEF
                                         (Doc. 100.)
16   _____/

17          Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

18   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

19   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 16, 2012, findings and recommendations were entered, recommending that Plaintiff's

21   motion for preliminary injunctive relief, filed on October 25, 2011, be denied.   Plaintiff was

22   provided an opportunity to file objections to the findings and recommendations within thirty days.

23   To date, Plaintiff has not filed objections or otherwise responded to the findings and

24   recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

26   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27   Court finds the findings and recommendations to be supported by the record and proper analysis.

28                                          1

1    Accordingly, THE COURT HEREBY ORDERS that:

2    1.   The Findings and Recommendations issued by the Magistrate Judge on July 16, 2012,

3         are adopted in full; and

4    2.   Plaintiff's motion for preliminary injunctive relief, filed on October 25, 2011, is

5         DENIED.

6

7    IT IS SO ORDERED.

8
     Dated:    August 31, 2012

9                                                    CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2