IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK,<br><br>  Plaintiff,<br><br>  vs.<br><br>AVENAL STATE PRISON, et al.,<br><br>  Defendants.<br>_____/ | 1:06-cv-00011-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 125.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Doc. 118.) |

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 28, 2012, findings and recommendations were entered, recommending that Plaintiff's motion for default judgment, filed on March 19, 2012, be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

///

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 28, 2012, are ADOPTED in full; and

2. Plaintiff's motion for default judgment, filed on March 19, 2012, is DENIED.

IT IS SO ORDERED.

Dated: January 12, 2013

                                          SENIOR DISTRICT JUDGE