IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | 1:06-cv-00011-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 123.) |
| vs. | |
| AVENAL STATE PRISON, et al., | ORDER GRANTING DEFENDANT SWEETLAND'S MOTION TO DISMISS (Doc. 117.) |
| Defendants. | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |
| | ORDER DIRECTING CLERK TO CLOSE CASE |

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2012, findings and recommendations were entered, recommending that Defendant Sweetland's motion to dismiss, filed on March 9, 2012, be granted, and this action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983. On October 12, 2012, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 25, 2012, are ADOPTED in full;
2. Defendant Sweetland's motion to dismiss, filed on March 9, 2012, is GRANTED;
3. This action is DISMISSED with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;
4. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g); and
5. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    February 20, 2013

SENIOR DISTRICT JUDGE